**Appeal Dismissed and Memorandum Opinion filed March 12, 2020.**



**In The**

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔔𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

### NO. 14-19-00906-CV

**SHELIAH  DEVEREAUX AND KEVIN TAYLOR, Appellants**

**V.**

**PLAN B FINANCIAL LLC, Appellee**

**On Appeal from County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1142998**

### MEMORANDUM  OPINION

This is an appeal from a final judgment signed October 28, 2019. Appellants' brief was due December 19, 2019. No brief or motion to extend time to file the brief was filed.

On January 14, 2020, the court ordered appellants to file a brief by February 13, 2020. We cautioned that if appellants failed to comply with our order, we would dismiss the appeal for want of prosecution. See Tex. R. App. P. 42.3(b). No brief or motion to extend time to file the brief was filed.

Therefore, the appeal is dismissed.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.